UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| EUSEBIO PRECIADO, | ) CV 13-4466-CAS (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: February 12, 2014

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1